**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

ERIC S. WEINGRAD

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Respondents.

Case No.: 18-23866 GLT

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/01/2018 and confirmed on 11/07/2018. The case was subsequently (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 5,383.34 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 5,378.34 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 407.37 | |
|   Trustee Fee | 258.40 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 665.77 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| LAKEVIEW LOAN SERVICING LLC<br>Acct: 6345 | 0.00 | 2,811.08 | 0.00 | 2,811.08 |
| LAKEVIEW LOAN SERVICING LLC<br>Acct: 6345 | 2,297.69 | 0.00 | 0.00 | 0.00 |
| ALLEGENT COMMUNITY FCU<br>Acct: 8841 | 23,079.96 | 503.89 | 288.51 | 792.40 |
| ALLEGENT COMMUNITY FCU<br>Acct: 8841 | 21,822.76 | 540.06 | 272.79 | 812.85 |
| PENTAGON FEDERAL CREDIT UNION<br>Acct: 3816 | 985.00 | 283.94 | 12.30 | 296.24 |
| | | | | 4,712.57 |
| **Priority** | | | | |
| FRANCIS E CORBETT ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ERIC S. WEINGRAD<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| FRANCIS E CORBETT ESQ<br>Acct: | 2,810.00 | 407.37 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
|   ERIC S. WEINGRAD | 5.00 | 5.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | \*\*\*NONE\*\*\* | | | |
| **Unsecured** | | | | |
|   AMERICAN EXPRESS NATIONAL BANK | 9,426.45 | 0.00 | 0.00 | 0.00 |
|     Acct: 2000 | | | | |
|   CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9540 | | | | |
|   CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0036 | | | | |
|   CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5567 | | | | |
|   LVNV FUNDING LLC | 3,413.07 | 0.00 | 0.00 | 0.00 |
|     Acct: 2792 | | | | |
|   CITIBANK NA(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DISCOVER BANK(*) | 13,464.48 | 0.00 | 0.00 | 0.00 |
|     Acct: 5522 | | | | |
|   FIRST NATIONAL BANK OF OMAHA(*) | 2,038.59 | 0.00 | 0.00 | 0.00 |
|     Acct: 4207 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1453 | | | | |
|   KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PENTAGON FEDERAL CREDIT UNION | 3,000.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5081 | | | | |
|   PNC BANK NA | 11,316.22 | 0.00 | 0.00 | 0.00 |
|     Acct: 8508 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LLC | 302.12 | 0.00 | 0.00 | 0.00 |
|     Acct: 1453 | | | | |
|   CHRISTI WEINGRAD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   S JAMES WALLACE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DUQUESNE LIGHT COMPANY* | 174.74 | 0.00 | 0.00 | 0.00 |
|     Acct: 2622 | | | | |
|   DUQUESNE LIGHT COMPANY* | 1,203.42 | 0.00 | 0.00 | 0.00 |
|     Acct: 3305 | | | | |
| | \*\*\*NONE\*\*\* | | | |

TOTAL PAID TO CREDITORS                                                                                    4,712.57

```
TOTAL CLAIMED
  PRIORITY              0.00
  SECURED          48,185.41
  UNSECURED        44,339.09
```

Date: 03/25/2019

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com