# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | ) Case No. 18-23866-GLT |
| | ) |
| **Eric S. Weingrad,** | ) Chapter 7 (Converted from Chapter 13) |
| | ) |
| **Debtor,** | ) Document No. |
| | ) |
| | ) Related to Doc. No. 54 |
| **Francis E. Corbett,** | ) |
| | ) Hearing Date: 05/16/19 10:30 a.m. |
| **Applicant.** | ) |
| | ) Response Due: 04/29/19 |
| | ) |

### NOTICE OF HEARING WITH RESPONSE DEADLINE ON APPLICATION FOR ATTORNEY FEES AND COSTS OF FRANCIS E. CORBETT

**TO THE RESPONDENT:**

You are hereby notified that the above Applicant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than April 29, 2019**,** i.e. seventeen (17) days after the date of service below, in accordance with Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on **May 16. 2019**, **at 10:30 a.m. before Judge Gregory L. Taddonio in Court Room #A, 54th Floor, US Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219.** Only a limited time of 15 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Clerk.  An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

**Date of Mailing or other**
**service:** 04/10/19                                                     **Attorney for Movant,**

/s/ Francis E. Corbett
**Francis E. Corbett, Esquire, PA ID #37594**
**fcorbett@fcorbettlaw.com**
**Mitchell Building - 707**
**304 Ross Street**
**Pittsburgh, PA  15219-2230**
**(412) 456-1882**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | ) Case No. 18-23866-GLT |
| | ) |
| **Eric S. Weingrad,** | ) Chapter 7 (Converted from Chapter 13) |
| | ) |
| Debtor, | ) Document No. |
| | ) |
| | ) Related to Doc. No. 54 |
| **Francis E. Corbett,** | ) |
| | ) Hearing Date: 05/16/19 10:30 a.m. |
| Applicant. | ) |
| | ) Response Due: 04/29/19 |
| | ) |

**CERTIFICATE OF SERVICE OF NOTICE OF HEARING WITH RESPONSE DEADLINE, SUMMARY COVER SHEET AND APPLICATION FOR APPROVAL OF FEES FOR COUNSEL TO THE DEBTOR**

　　I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below via NECF on April 10, 2019:

Office of the U.S. Trustee ustpregion03.pi.ecf@usdoj.gov
Natalie Lutz Cardiello, Esquire ncardiello@comcast.net
Keri P. Ebeck, Esquire kebeck@bernstein.com
S. James Wallace, Esquire sjw@sjwpgh.com
James Warmbrodt, Esquire bkgroup@kmllawgroup.com

　　The type of service made on the remaining parties to the attached mailing matrix on April 10, 2019 was First Class Mail.

EXECUTED ON: 04/10/19　　　　　　　　s/ Francis E. Corbett_____
　　　　　　　　　　　　　　　　　　　　**Francis E. Corbett, Esquire, PA ID #37594**
　　　　　　　　　　　　　　　　　　　　**fcorbett@fcorbettlaw.com**
　　　　　　　　　　　　　　　　　　　　**Mitchell Building - 707**
　　　　　　　　　　　　　　　　　　　　**304 Ross Street**
　　　　　　　　　　　　　　　　　　　　**Pittsburgh, PA  15219-2230**
　　　　　　　　　　　　　　　　　　　　**(412) 456-1882**

```
Label Matrix for local noticing        Allegent Federal Credit Union         Allegent Federal Credit Unionallegent
0315-2                                 2000 Corporate Drive                  1001 Liberty Avenue
Case 18-23866-GLT                      Suite 200                             Suite 100
WESTERN DISTRICT OF PENNSYLVANIA       Wexford, PA 15090-7608                Pittsburgh, PA 15222-3715
Pittsburgh
Tue Apr  9 09:34:01 EDT 2019

American Express                       American Express National Bank        Natalie Lutz Cardiello
P.O. Box 1270                          c/o Becket and Lee LLP                107 Huron Drive
Newark, New Jersey 07101-1270          PO Box 3001                           Carnegie, PA 15106-1826
                                       Malvern  PA 19355-0701


Chase                                  Chase Amazon.com                      Chase Slate
P.O. Box 15123                         P.O. Box 15123                        P.O. Box 15123
Wilmington, Delaware 19850-5123        Wilmington, Delaware 19850-5123       Wilmington, Delaware 19850-5123


Christa Weingrad                       Citi Cards                            Francis E. Corbett
9265 Douglas Fir Drive                 P.O. Box 6500                         Mitchell Building - 707
Pittsburgh, PA 15239-2001              Sioux Falls, South Dakota 57117-6500  304 Ross Street
                                                                             Pittsburgh, PA 15219-2124


Discover                               Discover Bank                         Duquesne Light Company
P.O. Box 742655                        Discover Products Inc                 c/o Bernstein-Burkley, P.C.
Cincinnati, Ohio 45274-2655            PO Box 3025                           707 Grant Street, Suite 2200, Gulf Tower
                                       New Albany, OH  43054-3025            Pittsburgh, PA 15219-1945


Keri P. Ebeck                          First National Bank Omaha             First National Bank of Omaha
Bernstein-Burkley                      P.O. Box 2557                         1620 Dodge St., Stop Code 3105
707 Grant Street                       Omaha, Nebraska 68103-2557            Omaha, NE 68197-0002
Suite 2200 Gulf Tower
Pittsburgh, PA 15219-1945


LVNV Funding, LLC                      Lakeview Loan Servicing LLC           (p)M&T BANK
Resurgent Capital Services             PO Box 840                            LEGAL DOCUMENT PROCESSING
PO Box 10587                           Buffalo, NY 14240-0840                626 COMMERCE DRIVE
Greenville, SC 29603-0587                                                    AMHERST NY 14228-2307


Office of the United States Trustee    PNC Bank                              PNC Bank, N.A.
Liberty Center.                        P.O. Box 3429                         PO Box 94982
1001 Liberty Avenue, Suite 970         Pittsburgh, Pennsylvania 15230-3429   Cleveland, OH 44101-4982
Pittsburgh, PA 15222-3721


PRA Receivables Management, LLC        Penfed Credit Union                   Penfed Federal Credit Union
PO Box 41021                           P.O. Box 247080                       7940 Jones Branch Drive
Norfolk, VA 23541-1021                 Omaha, NE 68124-7080                  McClean, VA 22102-3381


Pennsylvania Dept. of Revenue          (p)PENTAGON FEDERAL CREDIT UNION      Peoples Natural Gas Company LLC
Department 280946                      ATTN BANKRUPTCY DEPARTMENT            c/o S. James Wallace, P.C.
P.O. Box 280946                        P O BOX 1432                          845 N. Lincoln Ave.
ATTN: BANKRUPTCY DIVISION              ALEXANDRIA VA 22313-1432              Pittsburgh, PA 15233-1828
Harrisburg, PA 17128-0946
```

```
(p)PORTFOLIO RECOVERY ASSOCIATES LLC      Synchrony Bank                              S. James Wallace
PO BOX 41067                              Attn: Bankruptcy Dept.                      845 N. Lincoln Avenue
NORFOLK VA 23541-1067                     P.O. Box 965060                              Pittsburgh, PA 15233-1828
                                          Orlando, Florida 32896-5060


James Warmbrodt                           Eric S. Weingrad
KML Law Group, P.C.                       1451 Barnsdale Street, #2L
701 Market Street                         Pittsburgh, PA 15217-1351
Suite 5000
Philadelphia, PA 19106-1541
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
M & T Bank                                Pentagon Federal Credit Union             Portfolio Recovery Associates, LLC
P.O. Box 62085                            Bankruptcy Department                     POB 12914
Baltimore, Maryland 21264-2085            P.O. Box 1432                             Norfolk VA 23541
                                          Alexandria, VA 22313
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Duquesne Light Company                 (u)M&T Bank as servicer for Lakeview Loan Ser    (d)PRA Receivables Management, LLC
c/o Bernstein-Burkley, P.C.                                                                PO Box 41021
707 Grant St., Suite 2200, Gulf Tower                                                      Norfolk, VA 23541-1021
Pittsburgh, PA 15219-1945
```

End of Label Matrix
Mailable recipients    34
Bypassed recipients     3
Total                  37