## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | ) Case No. 18-23866-GLT |
| | ) |
| **Eric S. Weingrad,** | ) **Chapter 7 (Converted from Chapter 13)** |
| | ) |
| Debtor, | ) **Document No.** |
| | ) |
| | ) **Related to Doc. No. 54** |
| **Francis E. Corbett,** | ) |
| | ) **Hearing Date: 05/16/19 10:30 a.m.** |
| Applicant. | ) |
| | ) **Response Due: 04/29/19** |
| | ) |

### Certification of No Objection Regarding Application for
### Attorney Fees and Costs of Francis Corbett –
### Document No. 54

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on April 10, 2019, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing and, objections to the Application were to be filed and served no later than April 29, 2019.

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.


Dated: 04/30/19            /s/ Francis E. Corbett_____
                           **Francis E. Corbett, Esquire, PA I.D. #37594**
                           **fcorbett@fcorbettlaw.com**
                           **Mitchell Building - 707**
                           **304 Ross Street**
                           **Pittsburgh, PA  15219**
                           **(412) 456-1882**